# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONEL CHILDRESS, § § Plaintiffs, § § v. § § CALIBER HOME LOANS, INC., § § Defendants. § § | Case No. 2:18-cv-00376-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated April 3, 2019 (Dkt. No. 14), which recommends that Defendant's Motion to Dismiss (Dkt. No. 10) be **GRANTED**. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore ordered that Defendant's Motion to Dismiss (Dkt. No. 10) is **GRANTED**. The Clerk is directed to close this case as no active defendants remain.

**So ORDERED and SIGNED this 29th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE